AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-6077

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ~~New~~ Isabella Sixta, who is
designated by law to accept service of process on behalf of *(name of organization)* New Style Bakery, Inc. on *(date)* 11/1/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/1/18

*Server's signature*

Jerry O'Neill, Legal Assistant
*Printed name and title*

275 7th Avenue, New York, NY
*Server's address*

Additional information regarding attempted service, etc:

Upon information and belief Isabella Sixta is part owner of corporation