FROM:  Plaintiff Aharon Pinhasov

DOE

Residing at: 1777 Ocean Parkway,

Apt. #505, Brooklyn, NY


TO:  Gregory Antollino, Attorney at Law

275 7th Ave #705

New York, NY, 10001


Date: _11/9/18_


Dear Mr. Antollino:

I'm writing to you in regards to my Complaint/Case No. 18-cv-6077 v. New Style Bakery, Inc., Alex Bogatyrov and Isabella Sixta filed with United States District Court on10/31/2018.

Please consider this letter as my official request to you to terminate the above mentioned Complaint/Case immediately.

I appreciate you pursuing my best interests, however after thoughtful I consideration  I made a firm decision not to proceed further with my Complaint.

I want to reassure you that my decision is absolutely voluntary and conscious.  I don't feel being intimidated or pressured by anyone. In fact I feel confident and secure and kindly ask you once again to terminate my Complaint and Case.

I'm willing to reimburse you for your services and legal advice. For any questions you can contact me at (917)-756-3510 or e-mail 1777ocean@icloud.com .


Best regards,

Aharon Pinhasov       _Pinhasov_

11/9/18
Jacob Abilevitz
Notary Public, State of New York
No. 24-4702454
Qualified in Kings County
Commision Expires June 30, 20.l.9

COPY TO THE COURT.
COPY TO THE BAKERY.